UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDER BRAVO,

                    Plaintiff,

      v.                                              **ORDER**

VIDERI INC., JON FREEMAN, GARIN MURPHY, and      20 Civ. 9582 (ER)
MARC TRACHTENBERG,

                    Defendants.

RAMOS, D.J.

       On November 13, 2020, Lander Bravo brought this action against Videri, Inc. and others for violation of the Fair Labor Standards Act and the New York Labor Law.  Doc. 1.  At the April 1, 2021 mediation conference, the parties reached an agreement to resolve the case.  Accordingly, the parties are directed to submit their settlement agreement for the Court's review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by **May 5, 2021**.

       It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                                  Edgardo Ramos, U.S.D.J.