UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDER BRAVO,<br><br>      Plaintiff,<br><br>-against-<br><br>VIDERI INC., JON FREEMAN, GARIN MURPHY, and MARC TRACHTENBERG,<br><br>      Defendants. | No. **1:20-cv-09582-ER**<br><br>**JUDGMENT** |

WHEREAS Defendants Videri Inc., Jon Freeman, Garin Murphy, and Marc Trachtenberg (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff Lander Bravo ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated May 3, 2021, and

WHEREAS Plaintiff accepted Defendants' Offer on May 5, 2021, it is hereby

ORDERED, ADJUGDED, AND DECREED that Plaintiff is entitled to a gross payment of fifty thousand dollars ($50,000), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees. Defendants are to remit payment to Plaintiff in accordance with the Offer. Furthermore, Plaintiff is no longer bound by Section 2(c)(i) (the non-competition provision) set forth in the Confidentiality and Non-Assignment Agreement attached as Appendix A to Plaintiff's employment agreement dated June 14, 2017.

Dated: New York, New York
   May 6 , 2021

SO ORDERED:

By:_____
   Hon. Edgardo Ramos